UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>TIM PEREZ, et al.,<br><br>    Defendants. | Case No. 5:17-00558 CJC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated March 3, 2020 [Dkt. No. 83]. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

    Accordingly, IT IS HEREBY ORDERED:

    1.    The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 83], is accepted;

    2.    Defendants' Motion to Dismiss [Dkt. No. 71] is granted without leave to

amend;

3. The case is dismissed with prejudice, except as to the state law claims which are dismissed without prejudice; and

4. Judgment is to be entered accordingly.

DATED: March 20, 2020

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge