JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE, | Case No. 5:17-00558 CJC (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| TIM PEREZ, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice, except as to the state law claims which are dismissed without prejudice.

DATED: March 20, 2020

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge